UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHIANTI M. JONES                              CIVIL ACTION

VERSUS                                        NUMBER: 10-04148

WHOLE FOODS MARKET SOUTHWEST, LLC             SECTION: "B"(5)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to move to reopen the action if the settlement is not consummated. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this  15th  day of   November  , 2011.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE